## Julian C. Cohen Salvage Corporation *v.* Eastern Electric Sales Company, Appellant.

Argued December 17, 1964. Before ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., and WOODSIDE, J., absent).

*A. Martin Herring,* with him *Teitelman and Herring,* for appellant.

*Samuel Kravitz,* with him *Ronald I. Kravitz,* for appellee.

OPINION PER CURIAM, January 15, 1965:

The judgment of the Court of Common Pleas No. 1 of Philadelphia County is affirmed on the opinion of Judge ETHAN ALLEN DOTY for the court below, reported at 34 Pa. D. & C. 2d 705.